first district at the October term, 1926. Affirmed. Opinion filed October 10, 1927. Rehearing denied October 24, 1927.

Jacob Levy, for plaintiffs in error. Willard C. Lindsay, for defendant in error.

Mr. Justice McSurely delivered the opinion of the court.

---

Mae Belle Conroyd, executrix of the last will and testament of Frank Conroyd, deceased, appellee, v. Yellow Cab Company, appellant. Gen. No. 31,570.

Action for death by wrongful act in automobile collision. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon, Timothy D. Hurley, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Affirmed, Opinion filed October 10, 1927.

Samuels, Costello & Greenberg, John E. Kehoe and Busby, Weber, Miller & Donovan, for appellant. James C. McShane, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

J. H. Kaplan, substituted for Doctors Service Corps., Inc., defendant in error, v. Samuel Spitzer, plaintiff in error. Gen. No. 31,597.

Appeal from order dismissing defendant's appeal from justice court judgment. Error to the Circuit Court of Cook county; the Hon. John R. Caverly, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1927. Reversed and remanded. Opinion filed October 10, 1927.

Henry N. Shabsin, for plaintiff in error. No appearance for defendant in error.

Mr. Justice McSurely delivered the opinion of the court.

---

Julia Pales, defendant in error, v. Walter Pales, plaintiff in error. Gen. No. 31,629.

Bill for divorce. Decree granted and realty ordered deeded to complainant. Error to the Circuit Court of Cook county; the Hon. George Fred Rush, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1927. Cause transferred to the Supreme Court. Opinion filed October 10, 1927.

Elbridge W. Rice, for plaintiff in error. No appearance for defendant in error.

Mr. Justice McSurely delivered the opinion of the court.

---

## SECOND DISTRICT.

---

Charles R. Lyon and William I. Lyon, appellees, v. Oscar Rubin et al., appellants. Gen. No. 7,653.

Forcible detainer. Judgment for plaintiff. Appeal from the Circuit Court of Lake county; the Hon. Edward D. Shurtleff, Judge, presiding. Heard in this court at the April term, 1926. Affirmed. Opinion filed August 4, 1907. Rehearing denied October 19, 1927.